U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

AUG 17 2010

TONY R. MOORE, CLERK
BY _____ DEPUTY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE–OPELOUSAS DIVISION**

---

| | |
|---|---|
| JAMIE EDELKIND | CRIMINAL NO. 05-CR-60067 |
| | CIVIL ACTION NO. 09-CV-1783 |
| VERSUS | DISTRICT JUDGE WALTER |
| UNITED STATES OF AMERICA | MAGISTRATE JUDGE HANNA |

---

### ORDER

For the reasons stated in the Report and Recommendation [Record Document 188] of the Magistrate Judge previously filed herein, and after an independent review of the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under applicable law:

**IT IS ORDERED** that plaintiff's motion to vacate, set aside, or correct his sentence (Record Document 164), as amended (Record Document 167), as re-urged (Record Document 170), as again re-urged (Record Document 172), and as duplicated (Record Document 177) is **DENIED**.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this 17 day of August, 2010.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE